FILED

08/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0112

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0112

_____

SHARON UHLIG,

     Plaintiff and Appellant,

v.

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

     Defendant and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2020